UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRA JEROME ROSS,

        Plaintiff,

   v.

TIM COOK, et al.,

        Defendants.

Case No. 22-00832 BLF

**JUDGMENT**

    The Court has dismissed the instant civil rights action for Plaintiff's failure to pay the filing fee and to state a cognizable claim. Judgment is entered accordingly.

    The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  _March 28, 2022____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.22.00832Ross_jud